UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JEORGE MATUTI,

Petitioner,

v.

RENEE BAKER, *et al.*,

Respondents.

Case No. 3:19-cv-00082-MMD-WGC

ORDER

*Pro se* Petitioner Jeorge Matuti filed a habeas corpus petition under 28 U.S.C. § 2254. (ECF No. 5.) While not entirely clear, the Nevada Department of Corrections website appears to reflect that Matuti was paroled some time ago.[1] Matuti has not filed a notice of change of address with this Court. LR IA 3-1 provides that an attorney or *pro se* party must immediately file with the Court written notification of any change of mailing address and must also file proof of service on the opposing party. LR IA 3-1. It further provides that "[f]ailure to comply with this rule may result in the dismissal of the action. . . ." *Id.*

Respondents have filed a motion to dismiss the petition (ECF No. 9), to which Matuti has not responded in any way. Out of an abundance of caution, Matuti has 14 days to file a notice of change of address. Failure to respond to this order may result in the dismissal of this action.

It is therefore ordered that, within 14 days of the date of this order, Petitioner must file a notice of change of address or a notice stating that his address of record is correct.

It is further ordered that failure to respond to this order may result in the dismissal

---

[1]The inmate locator tool may be accessed by the public online at: https://ofdsearch.doc.nv.gov/. The Court takes judicial notice of Petitioner's current status as reported in NDOC's online records.

of this action.

It is further ordered that Respondents' motion for extension of time to respond to the petition (ECF No. 8) is granted *nunc pro tunc*.

DATED THIS 27th day of February 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE