UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JEORGE MATUTI,

                                   Petitioner,

          v.

RENEE BAKER, *et al.*,

                                   Respondents.

Case No. 3:19-cv-00082-MMD-WGC

ORDER

*Pro se* Petitioner Jeorge Matuti brought this habeas corpus action under 28 U.S.C. § 2254. On February 27, 2020, this Court noted that it appeared that Matuti has been paroled but gave him 14 days to comply with local rules and file a notice of change of address. (ECF No. 14); LR IA 3-1. That order was served on Matuti via U.S. Mail at his address of record. (*See* ECF No. 14.) The order was returned as undeliverable with the notation "PAR." (ECF No. 15.) Accordingly, this action is dismissed for failure to update address.

It is therefore ordered that the petition (ECF No. 5) is dismissed with prejudice.

It is further ordered that Respondents' motion to dismiss (ECF No. 9) is denied as moot.

It is further ordered that a certificate of appealability is denied.

It is further ordered that the Clerk will enter judgment accordingly and close this case.

DATED THIS 9th day of March 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE